EDWARD J. CANAVAN *v.* LOUISE C. CANAVAN

WYNNE, C. J., BALDWIN, DALY, KING and MURPHY, Js.

Argued February 4—decided February 13, 1958

*William K. Lawlor,* for the appellant (defendant).

*Michael V. Blansfield,* for the appellee (plaintiff).

PER CURIAM. The finding, which is not subject to material correction, amply supports the judgment. *Gowdy* v. *Gowdy,* 120 Conn. 508, 510, 181 A. 462; *Medvedow* v. *Medvedow,* 140 Conn. 698, 700, 103 A.2d 337.

There is no error.